Melinda Gabriella VALENZUELA,
f/k/a Querrel Devin Glover,
Plaintiff–Appellant,

v.

SOCIAL SECURITY
ADMINISTRATION,
Defendant–Appellee.

No. 15–6019.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 23, 2015.

Decided: April 28, 2015.

Melinda Gabriella Valenzuela, Appellant
Pro Se.

Before SHEDD, DUNCAN, and
THACKER, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Melinda Gabriella Valenzuela seeks to appeal the district court's order dismissing without prejudice her civil complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Valenzuela seeks to appeal is neither a final order nor an appealable interlocutory or collateral order because it is possible for her to cure the pleading deficiencies in the complaint that were identified by the district court. *See Domino Sugar Corp. v. Sugar Workers Local Union 392*, 10 F.3d 1064, 1066–67 (4th Cir.1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*